# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KEITH T. DOUGHERTY AND LARRY RUNK II, : No. 968 MAL 2015
:
:
Petitioners : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
v. :
:
:
ERIE INSURANCE COMPANY, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.